UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.K., a minor by through his guardian ad litem Jade King,<br><br>**Plaintiff**<br><br>v.<br><br>**DEPARTMENT OF THE AIR FORCE, et al.,**<br><br>**Defendants** | CASE NO. 1:21-CV-0586 AWI JLT<br><br>ORDER CLOSING CASE |

On July 29, 2021, the Court granted the United States' motion to dismiss. See Doc. No. 16. However, despite Plaintiff's failure to respond to the United States' motion, the Court granted Plaintiff leave to amend to name as the sole defendant the United States. See id. The Court gave Plaintiff twenty-one days to file an amended complaint and warned that the failure to timely file an amended complaint would result in the automatic withdrawal of leave to amend and the closure of this case without further notice. See id. More than twenty-one days has elapsed, and the Plaintiff has not filed an amended complaint or made any other filings in this case.

The Court takes Plaintiff's failure to comply with the July 29 order, and the failure to heed the warning regarding termination of the case, as Plaintiff's decision to discontinue prosecution of this matter. The Plaintiff's failure to file an amended complaint prevents this case from proceeding because the operative complaint contains no viable defendant, and the time to file an amended complaint has now passed. The Court's docket is too congested to leave such cases open indefinitely. Therefore, it is appropriate to close this case.

1  Accordingly, IT IS HEREBY ORDERED that, due to Plaintiff's failure to file an amended
2 complaint as previously instructed, leave to amend as previously granted in the July 29, 2021
3 order is WITHDRAWN, and the Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated: September 24, 2021                               _____
                                                         SENIOR DISTRICT JUDGE